# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HARRY FISCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-05424-SJO (ASx)<br><br>(Removed from Los Angeles County Superior Court Case No. 665821)<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Trial:    None |

The Court, having reviewed the parties' Joint Stipulation to Remand Action to State Court, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action immediately be remanded to the Los Angeles County Superior Court;

2. Each Party shall bear his/her/its own attorneys' fees with respect to the removal and subsequent remand of the Action; and

3. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar.

DATED: August 19, 2017    BY: _/s/ S. James Otero_____
                                                          Honorable S. James Otero

## CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2017, I filed the foregoing document entitled **[PROPOSED] ORDER REMANDING ACTION TO STATE COURT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

      /s/ Brianna K. Alvarez
    **Brianna K. Alvarez**